IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS DUANE STRAWDER, </br> </br> Plaintiff, </br> </br> V. </br> </br> STATE OF NEBRASKA, et al. Official/Individual Capacities, GOVERNOR PETE RICKETTS, Official/Individual Capacities, SECRETARY OF STATE JOHN GALE, Official/Individual Capacities, NEB ATTORNEY GEN DOUGLAS J. PETERSON, Official/Individual Capacities,  and SCOTT R. FRAKES, Official/Individual Capacities, </br> </br> Defendants. | 4:16CV3161 </br> </br> **MEMORANDUM AND ORDER** |

Plaintiff has requested that the court provide him with summons forms in this matter.  (Filing No. 8.)  Plaintiff's request will be denied at this time.  Plaintiff is advised that the next step in his case will be for the court to conduct an initial review of his claims.  The court will conduct this review in its normal course of business.

IT IS ORDERED that Plaintiff's Motion for Summons (Filing No. 8) is denied without prejudice.

DATED this 1st day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge