IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS DUANE STRAWDER, <br><br>  Plaintiff, <br><br> V. <br><br> STATE OF NEBRASKA, et al. Official/Individual Capacities, GOVERNOR PETE RICKETTS, Official/Individual Capacities, SECRETARY OF STATE JOHN GALE, Official/Individual Capacities, NEB ATTORNEY GEN DOUGLAS J. PETERSON, Official/Individual Capacities, and SCOTT R. FRAKES, Official/Individual Capacities, <br><br>  Defendants. | 4:16CV3161 <br><br> **MEMORANDUM AND ORDER** |

   Plaintiff has requested that the court extend his deadline to pay the initial partial filing fee. (Filing No. 31.) The request is granted.

   IT IS ORDERED that Plaintiff shall submit an initial partial filing fee in the amount of $5.63 by March 28, 2017. The clerk of court is directed to set a pro se case management deadline with the following text: March 28, 2017: Check for initial partial filing fee.

   DATED this 28th day of December, 2016.

                                        BY THE COURT:

                                        S/ *Richard G. Kopf*
                                        Senior United States District Judge