IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS DUANE STRAWDER *also known as* James Thomas Hall, <br><br>Plaintiff, <br><br>vs. <br><br>STATE OF NEBRASKA, et al. Official/Individual Capacities; GOVERNOR PETE RICKETTS, Official/Individual Capacities; SECRETARY OF STATE JOHN GALE, Official/Individual Capacities; NEB ATTORNEY GEN DOUGLAS J. PETERSON, AND Official/Individual Capacities; and SCOTT R. FRAKES, Official/Individual Capacities; <br><br>Defendants. | **4:16CV3161** <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court for case management. Since filing a Complaint on October 17, 2016, Plaintiff Thomas Duane Strawder has filed at least nine pleadings and motions, containing hundreds of pages, seeking to supplement his Complaint. Most recently, Plaintiff filed eight motions requesting various forms of relief, an additional supplement to his Complaint, and a brief. (*See* Filing Nos. 33- 42.) The court will no longer permit the piecemeal filing of supplemental pleadings in this case.

The court will give Plaintiff leave to file one amended complaint that identifies each defendant by name and states all of his claims (and any supporting factual allegations) against that defendant. Plaintiff is *ordered not to file* any other amended pleadings or supplements to his pleadings, aside from the one contemplated in the preceding sentence, without first obtaining leave of the court

as required by Rule 15(a) of the Federal Rules of Civil Procedure, and Rule 15.1 of the local rules of this court.

IT IS THEREFORE ORDERED that:

1. Plaintiff must file an amended complaint within 30 days that identifies each defendant by name and states all of his claims (and any supporting factual allegations) against that defendant. Failure to do so will result in the court dismissing this action without prejudice and without further notice for failure to prosecute it.

2. Plaintiff is *ordered not to file* any other amended pleadings or supplements to his pleadings, aside from the one contemplated in the preceding paragraph, without first obtaining leave of the court as required by Rule 15(a) of the Federal Rules of Civil Procedure, and Rule 15.1 of the local rules of this court.

3. In light of the foregoing, Plaintiff's pending motions (Filing Nos. 33-42) are denied as moot.

4. The clerk's office is directed to set a pro se case management deadline using the following text: February 23, 2017, check for amended complaint.

Dated this 25th day of January, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge